IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IVAN L. MENDEZ, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ONE OF THE CONNECTED WIRED SOLDIERS OF THE CRIMINAL ORGANIZATION, et al. | : : : | NO. 12-5871 |

O R D E R

AND NOW, this 6th day of December, 2012, having considered plaintiff Ivan L. Mendez's motion to proceed in forma pauperis (Document No. 1) it is hereby ORDERED that:

1. The motion to proceed in forma pauperis is DENIED, pursuant to 28 U.S.C. § 1915(g), for the reasons discussed in the Court's Memorandum. If he seeks to continue with this case, plaintiff must remit the filing fee of $350 to the Clerk of Court within thirty (30) days of the date of this Order.

2. The Clerk of Court shall mark this case CLOSED for statistical purposes.

BY THE COURT:

_____
C. DARNELL JONES, II, J.